```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**ROBERT B. MURRAY,** *et al.*,            :
                                           :
     **Plaintiffs,**                       :     CIVIL ACTION 08-00319-CG-B
                                           :
**v.**                                     :
                                           :
**DECISION ONE MORTGAGE COMPANY,**         :
**LLC,** *et al.*,                         :
                                           :
     **Defendants.**                       :

## ORDER

This action is before the Court on Plaintiffs' Motion to Dismiss (Doc. 16). Plaintiffs seek to dismiss their claims against Premier Mortgage Funding, Inc. Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs may, without order of the Court, dismiss their claims against Premier Mortgage Funding, Inc. before the filing of an answer or other responsive pleading. Inasmuch as no answer or other responsive pleading has been filed on behalf of Premier Mortgage Funding, Inc.[1], Plaintiffs' Motion is GRANTED. Plaintiffs' claims against Premier Mortgage Funding are dismissed without prejudice.

DONE this **7th** day of **November, 2008.**

                    **/s/ SONJA F. BIVINS**
                    **UNITED STATES MAGISTRATE JUDGE**

---

[1] On the same date that Plaintiffs filed the instant motion, they also filed a Suggestion of Bankruptcy (Doc. 14), with respect to Premier Mortgage Funding, Inc. Plaintiffs reported that Premier Mortgage Funding, Inc. filed a Chapter 11 Bankruptcy petition in the Middle District of Florida on July 3, 2007. (Doc. 14, Ex. A).