**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT B. MURRAY, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| vs. | )   **CIVIL ACTION NO. 08-0319-CG-B** |
| | ) |
| **DECISION ONE MORTGAGE** | ) |
| **COMPANY, LLC, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Upon due consideration of the parties' joint stipulation of dismissal (Doc. 48), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his, her or its own costs.

**DONE** and **ORDERED** this 4th day of December, 2009.

                                                    /s/ Callie V. S. Granade
                                                  CHIEF UNITED STATES DISTRICT JUDGE